LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiff

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN HOOPER | No. CIV.S. 05-2033 DFL PAN |
| Plaintiff, | **REQUEST FOR DISMISSAL** |
| vs. | **AND ORDER THEREON** |
| MATZ, INC. dba MCDONALD'S #1117; THE ANDERSON TAX DEFERRAL TRUST; THE ANDERSON MARITAL TRUST. | |
| Defendants, | |

Plaintiff, MARILYN HOOPER, requests the Court dismiss the above entitled action, without prejudice, **as to ALL PARTIES.**

Dated: October 28, 2005        LAW OFFICES OF LYNN HUBBARD

   /s/ Lynn Hubbard, Esquire                /
LYNN HUBBARD, III
Attorney for Plaintiff

IT IS SO ORDERED

Dated: 11/8/2005

_____
DAVID F. LEVI
United States District Judge